UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number __CR 11 01061__   Defendant Number __3__
U.S.A. v. __Jenny Gregorio__   Year of Birth __1958__
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) __DEA, ATF__

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

FILED 2011 NOV -8 PM 2:52 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense __02/19/09 through 03/30/09__
c. County in which first offense occurred
   __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles       ☐ Ventura
   ☐ Orange            ☐ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other _____
Citation of offense __21 USC 846; 21 USC 841(a)(1);__

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT ?   ☑ Yes   ☐ No

This is the __n/a__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
__n/a__
Case Number __n/a__

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**
- ☐ Male
- ☑ Female
- ☑ U.S. Citizen
- ☐ Alien
- Alias Name(s) Jenny G

This defendant is charged in: ☐ All counts
☑ Only counts: 1, 6

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☑ narcotics offenses
- ☐ violent crimes/firearms
- ☐ Other: _____
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☑ Yes  ☐ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 11/8/11

_Signature of Assistant U.S. Attorney_

Scott M. Garringer/Shawn J. Nelson
*Print Name*