ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SCOTT M. GARRINGER (Cal. SBN 193418)
SHAWN J. NELSON (Cal. SBN 185149)
Assistant United States Attorneys
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2417/5339
     Facsimile: (213) 894-3713
     email: scott.garringer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11 01061 |
| --- | --- |
| Plaintiff, | ) GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | ) |
| JENNY GREGORIO, aka "Jenny G," | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    1. <u>Temporary 10-day Detention Requested (§ 3142(d))</u> <u>on the following grounds</u>:

        ____ a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

        ____ b. alien not lawfully admitted for permanent

```
                    residence;
           ___ c.   flight risk;
           ___ d.   danger to community.
_X_   2.   Pretrial Detention Requested (§ 3142(e)) because no
           condition or combination of conditions will
           reasonably assure against:
           _X_ a.   danger to any other person or the community;
           _X_ b.   flight.
___   3.   Detention Requested Pending Supervised
           Release/Probation Revocation Hearing (Rules
           32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
           ___ a. Defendant cannot establish by clear and
                  convincing evidence that he/she will not pose a
                  danger to any other person or to the community;
           ___ b. Defendant cannot establish by clear and
                  convincing evidence that he/she will not flee.
_X_   4.   Presumptions Applicable to Pretrial Detention (18
           U.S.C. § 3142(e)):
           _X_ a. Title 21 or Maritime Drug Law Enforcement Act
                  ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
                  with 10-year or greater maximum penalty
                  (presumption of danger to community and flight
                  risk);
           ___ b. offense under 18 U.S.C. § 924(c) (firearm
                  used/carried/possessed during/in relation to/in
                  furtherance of crime), § 956(a), or § 2332b
                  (presumption of danger to community and flight
```

```
                    risk);
        ____   c.   offense involving a minor victim under 18 U.S.C.
                    §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
                    2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-
                    2252A(a)(4), 2260, 2421, 2422, 2423 or 2425
                    (presumption of danger to community and flight
                    risk);
        ____   d.   defendant currently charged with (I) crime of
                    violence, (II) offense with maximum sentence of
                    life imprisonment or death, (III) Title 21 or
                    MDLEA offense with 10-year or greater maximum
                    sentence, or (IV) any felony if defendant
                    previously convicted of two or more offenses
                    described in I, II, or III, or two or more state
                    or local offenses that would qualify under I, II,
                    or III if federal jurisdiction were present, or a
                    combination of such offenses, AND defendant was
                    previously convicted of a crime listed in I, II,
                    or III committed while on release pending trial,
                    AND the current offense was committed within five
                    years of conviction or release from prison on the
                    above-described previous conviction (presumption
                    of danger to community).
         X     5.   Government Is Entitled to Detention Hearing
                    Under § 3142(f) If the Case Involves:
        ____   a.   a crime of violence (as defined in 18 U.S.C.
                    § 3156(a)(4)) or Federal crime of terrorism (as
```

|   |   |   |
|---|---|---|
| ____ | | defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more; |
| ____ | b. | an offense for which maximum sentence is life imprisonment or death; |
| _X_ | c. | Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |
| ____ | d. | instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| ____ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| _X_ | f. | serious risk defendant will flee; |
| ____ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |

____ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

4

```
1
2
3
4       ____    7.    Good cause for continuance in excess of three days
5                     exists in that:
6
7
8
9
10   DATED:  11/8  , 2011           Respectfully submitted,
11                                   ANDRÉ BIROTTE JR.
                                     United States Attorney
12
                                     ROBERT E. DUGDALE
13                                   Assistant United States Attorney
                                     Chief, Criminal Division
14
                                              /s/
15                                   SCOTT M. GARRINGER
                                     SHAWN J. NELSON
16                                   Assistant United States Attorneys

17                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
18
```