# *Memorandum*

CR 11 01061 

| Subj:<br>UNITED STATES v. HIPOLITO<br>RUVALCABA, ET AL. | Date:<br>November 3, 2011 |
|---|---|

To: **TERRY NAFISI**
Clerk, United States District Court
Central District of California

From: SCOTT M. GARRINGER
SHAWN J. NELSON
Assistant United States Attorneys
Criminal Division

FILED 2011 NOV -8 PM 2:52 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

The accompanying matter being filed on November 8, 2011,

\_\_\_\_ relates to      \_\_X\_\_ does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

\_\_\_\_ relates to      \_\_X\_\_ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

SCOTT M. GARRINGER
SHAWN J. NELSON
Assistant United States Attorneys