FILED
2011 NOV 29 AM 11:54
CLERK [U.S.] DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JENNY GREGORIO DEFENDANT(S). | CASE NUMBER **CR-11-01061-3** REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:  CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  11/29/2011     900  ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21 USC 846 & 841 Conspiracy to Distribute Cocaine
3. Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown
5. Year of Birth: 1958
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: _____
11. Remarks (if any): _____

12. Date: 11/29/2011
13. Signature: J.T. Cott
14. Name: Jeffrey T. Cottet
15. Title: Special Agent

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION