# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:11-CR-01061</u>                  Recorder: <u>CS 11/29/2011</u>                  Date: <u>11/29/2011</u>

Present: The Honorable <u>Michael R. Wilner</u>, U.S. Magistrate Judge

Court Clerk: <u>Veronica McKamie</u>                              Assistant U.S. Attorney: <u>Shawn Nelson</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 3.) JENNY GREGORIO, aka Jenny "G"<br>      BOND-PRESENT | 3.) RICHARD P. LASTING<br>          PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dean D. Pregerson.
It is ordered that the following date(s) and time(s) are set:
       Jury Trial 1/24/2012 at 9:00 AM
       Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: <u>00 : 00</u>

PIA: <u>00 : 02</u>

Initials of Deputy Clerk: <u>VM by TRB</u>

cc: Statistics Clerk, PSALA CJA Supv Attorney