Recommend: ☒ Approval ☐ Disapproval
(*if disapproval is checked, please complete the bottom of page 2*)

☒ Sufficient amount of equity
☒ Lot Book Report confirming title (*dated on or after date on which surety recorded Deed of Trust*)
☒ Property Appraisal (*assessed value or signed written appraisal of current market value*)
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __12/9/11__   x5339
    Date         Extension

By: __Shawn J. Nelson__
    Assistant U.S. Attorney
Signature: _____

LODGED

2011 DEC -9 AM 11:11

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF,<br>v.<br>Jenny Gregorio<br>DEFENDANT(S). | CASE NUMBER<br>CR 11-1061-DDP -3<br><br>AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I (we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ __350,000.00__ , over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

Address and description of property:

37 ENFILADE AVENUE, FOOTHILL RANCH, CA 92610
"LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

JENNY L. GREGORIO
Print Name of Surety

X X X - X X - 4 0 7 5
Social Security Number *(Last 4 digits only)*

37 ENFILADE AVENUE
Address of Surety

FOOTHILL RANCH, CA 92610
City, State, Zip Code

☑ Sole Holder or Owner  ☐ Tenancy in Common  ☐ Joint Tenancy  ☐ Other: _____

Percentage of Interest of Surety % 100

Present Fair Market Value of Property $ 501,000.00
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 0.00
*(list below separately)*

NONE
Name of Holder of 1st Encumbrance

Address, City, State, Zip Code

Name of Holder of 2nd Encumbrance

Address, City, State, Zip Code

Name of Holder of 3rd Encumbrance

Address, City, State, Zip Code

Total Equity $ 501,000.00
*(after deduction of encumbrance/liens)*

Homesteaders ☐ Yes ☑ No
Exemption Filed?

Amount of Exemption $ N/A

NONE
Number of other bonds or undertakings

N/A
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?  ☐ Yes  ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes  ☐ No.  If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this ____ Day of DECEMBER                                   2011

_____                SELF
Signature of Surety                      Relationship of Surety

_____                _____
Signature of Surety                      Relationship of Surety

Above Surety Approved: _____                Dated: 12/9/11
                       United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation          ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____                              _____
                                           Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                              Page 2 of 2

## ACKNOWLEDGMENT

State of California
County of _____Los Angeles_____)

On __December 05, 2011__ before me, __Antonio Guerrero, Notary Public.__
(insert name and title of the officer)

personally appeared __Jenny L. Gregorio._____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ANTONIO GUERRERO
Commission # 1790153
Notary Public - California
Los Angeles County
My Comm. Expires Jan 31, 2012

# EXHIBIT "A"

THE LAND REFERRED TO IN "EXHIBIT A" IS SITUATED IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1:**

LOT 1 OF TRACT NO. 13778, AS SHOWN ON A MAP RECORDED IN BOOK 656, PAGES 40 TO 44 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBONS, BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN DEEDS OF RECORD.

**PARCEL 2:**

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MASTER EASEMENTS FOR FOOTHILL RANCH ("MASTER DECLARATION") RECORDED MARCH 26, 1990, AS THE ADDITIONAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR FIRST SUBDIVISION OF FOOTHILL RANCH RECORDED MAY 28, 1990, AS INSTRUMENT NO. 90-160993 OF SAID OFFICIAL RECORDS.

A.P.N: 601-235-01