*United States Pretrial Services*

United States District Court
Central District of California

**FILED**

2011 DEC -9 PM 1:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

December 9, 2011

United States District Court
United States Clerk's Office
Ronald Reagan Federal Building
and United States Courthouse
411 West Fourth Street
Santa Ana, California 92701

Re: **Gregorio, Jenny**
Docket #: **2:11CR01061-DDP-3**
<u>**Release Order Authorization**</u>

To Whom it May Concern:

On November 29, 2011, the defendant's bond was set by United States Magistrate Judge Michael R. Wilner with a special condition of release to Pretrial Services only.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Matthew Markowski
U.S. Pretrial Services Officer
(714) 338-4560

cc: File

---

[ ] HQ & Supervision Unit    [ ] Investigation Unit    [✓] Santa Ana Branch    [ ] Riverside Branch

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489