*United States Pretrial Services*

for

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
FEB 1 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S.A. vs. Gregorio, Jenny                                    DOCKET NO. 2:11CR01061-DDP-3

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jenny Gregorio who was placed under pretrial release supervision by the Honorable Michael R. Wilner, sitting in the court at Los Angeles, California, on the 19th day of November, 2011, under the General Conditions of Release listed on the District Court's Release Order and Bond Form (CR-1) and the following additional conditions:

See Attached

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. On January 31, 2012, the defendant submitted to a drug test which yielded positive results for cocaine.

PRAYING THAT THE COURT WILL ORDER a hearing be held to show cause why Jenny Gregorio's bond should not be revoked.

**ORDER OF THE COURT**

Considered and ordered this 10th day of February 2012, and ordered filed and made a part of the records in the above case.

_____
The Honorable Dean D. Pregerson
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 8, 2012

_____
Matthew Markowski
U.S. Pretrial Services Officer

_____
Teresa Loza
Supervising U.S. Pretrial Services Officer

Place: Santa Ana, California

1. Defendant shall submit to intensive Pretrial Supervision.
2. Surrender all passports to Pretrial Services or sign a declaration and not apply for the issuance of a passport during the pendency of this case.
3. Travel is restricted to California.
5. Reside as approved by PSA and do not relocate without prior permission from PSA.
6. Maintain or actively seek employment and provide proof to PSA once released from treatment facility.
7. Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution.
9. Not use or possess illegal drugs - in order to determine compliance, you will agree to submit to a search of your person and/or property by PSA in conjunction with the U.S. Marshal.
10. Submit to drug and/or alcohol testing and outpatient treatment as directed by PSA
11. Abide all rules of local probation.