UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 11-01061  DDP (3)                                    Dated: February 16, 2012

===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Shawn J. Nelson |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

| 3) | JENNY GREGORIO | 3) | Richard P. Lasting |
|---|---|---|---|
|  | present on bond |  | present appointed |

_____

PROCEEDINGS:    ORDER TO SHOW CAUSE HEARING
                (COURT ORDERED 02-14-12)

Court and counsel confer as reflected on the record.

The defendant is admonished by the Court and reinstated on Pretrial Supervision under the original terms and conditions.

                                                                    00  :  03

                                              Initials of Deputy Clerk    JAC

CR-11 (09/98)                    CRIMINAL MINUTES - GENERAL                      Page 1 of 1