**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ☐ Amended _____ )

| | |
|---|---|
| Case No. CR 11-01061 DDP (3) | Date July 22, 2013 |

Present: The Honorable **DEAN D. PREGERSON, JUDGE**

| John A. Chambers | Maria Bustillos | Shawn J. Nelson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| JENNY GREGORIO | | ✓ | Richard P. Lasting | | | ✓ | none |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING       Contested ✓   Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     ✓ Refer to separate Judgment Order.
☐ Imprisonment for _Years/months_ on each of counts _____
  Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
  ☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
  commencing _____
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
  consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  ☐ Perform _____ hours of community service.
  ☐ Serve _____ in a CCC/CTC.
  ☐ Pay $_____ fine amounts & times determined by P/O.
  ☐ Make $_____ restitution in amounts & times determined by P/O.
  ☐ Participate in a program for treatment of narcotic/alcohol addiction.
  ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $_____ per count, special assessment to the United States for a total of $_____
☐ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
✓ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✓ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.     ☐ Processed statement of reasons.
✓ Bond exonerated _____ upon surrender _____ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release   # _____
☐ Present bond to continue as bond on appeal.     ☐ Appeal bond set at   $ _____
☐ Filed and distributed judgment. ENTERED.
☐ Other _____

|  |  |
|---|---|
|  | 00 : 15 |
| Initials of Deputy Clerk | JAC |

cc: