RICHARD P. LASTING (SBN 53950)
richardplasting@sbcglobal.net
315 E. 8th St. #801
Los Angeles, CA 90014
Telephone (213) 489-9025
Facsimile (310) 626-9677

Attorney for Defendant
JENNY GREGORIO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 11-1061-DDP |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PROBATION OF DEFENDANT JENNY GREGORIO |
| v. | |
| JENNY GREGORIO., | |
| Defendant. | |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between plaintiff, United States of America and defendant, Jenny Gregorio, by and through their respective counsel of record, that Ms. Gregorio's conditions of probation by modified by permitting her to travel to the following locations on the specified dates:

Las Vegas, Nevada for the fashion convention on October 25, 2013;

Italy for a buying trip between December 23, 2013 and January 7, 2014;

New York City for fashion week and off-price buying between January 28, 2014 and January 30, 2014.

The travel is in connection with Ms. Gregorio's work for Prima Mode USA.

Ms. Gregorio is required to submit to any drug testing directed by the

1 probation officer to insure that none of the approved travel results in any use of
2 controlled substances.

4 DATED: October 16, 2013                    Respectfully submitted,

7                                     By:    __/s/_____
                                             RICHARD P. LASTING
8                                            Attorney for Defendant
                                             JENNY GREGORIO

13 DATED: October 16, 2013                   ANDRE BIROTTE JR.
                                             United States Attorney

16                                    By:    __/s/_____

17                                           SHAWN NELSON
                                             Assistant United States Attorney
18                                           Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA

- 2 -